pher Volkman, as landlord, against George W. Hayes, as tenant. No opinion. Order affirmed, with costs.

WALKER, Respondent, v. TOWN OF PITTSFIELD, Appellant. (Supreme Court, Appellate Division, Third Department. January 16, 1904.) Action by Cora A. Walker against the town of Pittsfield. No opinion. Order affirmed, with $10 costs and disbursements.

WALTON, Respondent, v. GALMBACHER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Louisa F. Walton against Katherine Galmbacher and others. S. Sultan, for appellants. B. L. Kraus, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WARNER, Respondent, v. HOUSE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Charles M. Warner against Louis House, impleaded, etc. No opinion. Order affirmed, with costs.

WARREN, Respondent, v. STRATTON et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Charles J. Warren against Harry L. Stratton and others. J. Stikeman, for appellants. I. N. Miller, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WEIDENFELD, Appellant, v. McCLURE, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Camille Weidenfeld against William McClure. No opinion. Appeal dismissed, with $10 costs and disbursements.

WEISS, Respondent, v. DELEHANTY, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Joseph Weiss against James A. Delehanty. T. C. O'Sullivan, for appellant. C. Simon, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and to answer, upon payment of costs in this court and in the court below.

WEISS, Appellant, v. SCHLEIMER, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Morris D. Weiss against Abraham B. Schleimer. E. L. Richards, Jr., for appellant. Abraham B. Schleimer (Max Schleimer, of counsel), for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WELCH, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Annie Welch against the Syracuse Rapid Transit Railway Company. No opinion. Judgment and order affirmed, with costs. See 75 N. Y. Supp. 173.

WELCH v. SYRACUSE RAPID TRANSIT RY. CO. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Annie Welch against the Syracuse Rapid Transit Railway Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

WHALEY v. ERIE R. CO. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Nettie M. Whaley against the Erie Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted, and certificate made, pursuant to section 191 of the Code of Civil Procedure.

WHEELER v. CITY OF SYRACUSE. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Ezra N. Wheeler against the city of Syracuse. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

WHITING, Appellant, v. TOWN OF HARTSVILLE, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by Ellen Whiting against the town of Hartsville. No opinion. Judgment and order affirmed, with costs.

WIGHT, Appellant, v. FURNISS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Jane Wight against Robert Furniss and another. No opinion. Judgment affirmed, with costs.

WILDEY v. MURRAY et al. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Elizabeth A. Wildey against David Murray and another. No opinion. Judgment affirmed, with costs.

In re WILKIN. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) In the matter of Anna M. C. Wilkin, as, etc., of the estate of James Cunningham, deceased.

PER CURIAM. Decision and order of this court herein amended, so as to direct a new trial of the issues, upon condition, however, that any party to the proceeding have leave, upon such new trial, to read from the stenographer's minutes of the former trial the testimony of such witnesses as they may severally desire, and also that the trustee, at her own proper cost and expense, furnish security for the fund, or make such other provision for its safety as shall be agreed upon by the parties, subject to the approval of the court; the order to be settled by and before Mr. Justice WILLIAMS, at his chambers, on Thursday morning, January 21, 1904, at 10 o'clock.